UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS LEE DENOMIE, JR.,

    Defendant.
_____/

HON. TIMOTHY P. GREELEY

Case No. 2:11-mj-43

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 17, 2011, for an initial appearance and arraignment on a three count Misdemeanor Information charging two counts of Simple Assault and one count of Malicious Use of Telecommunications Service. Defendant stood mute to the charges and not guilty pleas were entered by the court. The court indicated that a recommendation for detention had been made by Pretrial Services while substance abuse treatment options for the defendant were explored. Defendant indicated he would like to have a detention hearing on the matter. Defense counsel was advised he could contact the court to request a hearing when he was ready to proceed.

    IT IS SO ORDERED.

Date: October 24, 2011

/s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge