UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS LEE DENOMIE, JR.,,

    Defendant.
_____/

HON. TIMOTHY P. GREELEY

Case No. 2:11-mj-43

## ORDER OF DETENTION

Defendant appeared before the undersigned on December 12, 2011, on a warrant of arrest issued for defendant's alleged violations of his conditions of release. At the hearing, the government requested that the defendant's bond be revoked and that he be detained pending further proceedings. Defense counsel indicated that the defendant wished to have a detention hearing scheduled, but that counsel needed time to prepare for the hearing. Therefore, IT IS HEREBY ORDERED that the defendant shall be held pending further proceedings.

    IT IS SO ORDERED.


Date: December 12, 2011            /s/ Timothy P. Greeley
                                                    TIMOTHY P. GREELEY
                                                    United States Magistrate Judge